United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERT LOPEZ | § § § § | |
| VS. | § | MISC. ACTION NO. 7:18-MC-1997 |
| WARDEN BRADLEY | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Gilbert Lopez's action pursuant to 28 U.S.C. § 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that a certificate of appealability should be **DENIED** as unnecessary, and that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 should be **DISMISSED**.

The Clerk shall send a copy of this Order to the Petitioner.

SO ORDERED October 20, 2023, at McAllen, Texas.

Randy Crane
Chief United States District Judge